**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 97-30416

(Summary Calendar)
_____

In the Matter of: LEONARD J GREENE,

Debtor,

- - - - - - - - - - - - - - - -

LEONARD J GREENE

Appellant

versus

CHARLES O SIMMONS, JR; MARY CATHERINE CALI;
LOUIS M PHILLIPS, Judge, United States
Bankruptcy Court

Appellees

Appeal from the United States District Court
For the Middle District of Louisiana
(94-CV-2599)

October 3, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appellant Leonard J. Greene, appearing *pro se*, appeals from the district court's denial of three orders issued by the bankruptcy court in connection with Greene's bankruptcy. Greene argues that all of the rulings and orders of Judge Louis M. Phillips of the United States Bankruptcy Court should be vacated as a result of Judge Phillips' failure to recuse himself. Greene also argues that the district court erred in denying his Motion for Leave to Appeal Interlocutory Orders and dismissing his case with prejudice. We have reviewed the record and find these contentions to be without merit. Even shorn of the procedural defects that would likely prevent us from reaching the merits of this case, the record reveals that Judge Phillips acted properly, reasonably and with great restraint in dealing with the difficult and trying situation in which appellant placed him.

Accordingly, we AFFIRM the district court's denial of Greene's Motion to Vacate all Findings and Orders of Judge Phillips, its denial of Greene's Motion for Leave to Appeal Interlocutory Orders, and its dismissal of the case with prejudice.